IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILES O. BONTY, | ) | No. C 09-3838 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| J. STEVENSON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has dismissed the instant civil rights complaint. Therefore, judgment is entered in favor of Defendant. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/24/11_____

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Bonty838jud.wpd