IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. STEVENSON,<br><br>　　　　Defendant. | No. C 09-3838 LHK (PR)<br><br>ORDER CERTIFYING THAT APPEAL IS NOT TAKEN IN GOOD FAITH; DENYING MOTION FOR EXTENSION OF TIME TO FILE RECONSIDERATION MOTION<br><br>(Docket Nos. 26, 27) |

This is a Section 1983 action brought by an prisoner proceeding pro se. Plaintiff was granted leave to proceed in forma pauperis ("IFP"). Defendant's motion for judgment on the pleadings was granted on May 24, 2011. On June 9, 2009, Plaintiff filed a notice of appeal, a motion for leave to appeal IFP, and a motion for extension of time to file a reconsideration motion.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that a party granted leave to proceed in forma pauperis in district court may continue in that status on appeal unless the district court certifies that the appeal is not taken in good faith. Section 1915(a)(3) of Title 28 of the United States Code similarly provides that an appeal may not be taken IFP if the trial court certifies it is not taken in good faith. "Not taken in good faith" means "frivolous." *Ellis v. United States*, 356 U.S. 674, 674-75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092

1 | (9th Cir. 2002) (order).

2 | Because the Court's ruling was clearly correct, it is CERTIFIED that this appeal is
3 | frivolous and therefore not taken in good faith.  The Clerk shall notify Plaintiff forthwith and the
4 | Court of Appeal of this order.  *See* Fed. R. App. P. 24(a)(4).

5 | Plaintiff's motion for extension of time to file a reconsideration motion is DENIED.  *See*
6 | Fed. R. Civ. P. 6(b)(2) ("A court must not extend the time to act under Rules 50(b) and (d),
7 | 52(b), 59(b), (d), and (e), and 60(b).").

8 | This order terminates docket nos. 26 and 27.

9 | IT IS SO ORDERED.

10 | DATED:  __6/30/11_____        *Lucy H. Koh*
11 | LUCY H. KOH
United States District Judge

Order Certifying that Appeal is Not Taken in Good Faith
P:\PRO-SE\SJ.LHK\CR.09\Bonty838ifpapp.wpd        2